**Opinion issued May 25, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00948-CV**

_____

**IN RE SETH DOUGLAS, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

Relator, Seth Douglas, has filed a petition for writ of mandamus challenging an associate judge's award of attorney's fees related to relator's pending appeal.[1] *See* TEX. GOV'T CODE § 22.221(b)(3) (authorizing mandamus petition against associate judge appointed under Chapter 201 of Family Code). We deny the petition.

---

[1] The underlying case is *In the Interest of S.M.D., S.M.D., and A.G.D., Minor Children*, cause number 2014-56152, pending in the 310th District Court of Harris County, Texas.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.